IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **GARY LERON THOMAS, # 629658,** | ) |
| **Plaintiff,** | ) |
| vs. | ) CIV. ACT. NO. 1:22-cv-132-TFM-N |
| **TREY OLIVER,** *et al.,* | ) |
| **Defendants.** | ) |

**MEMORANDUM OPINION AND ORDER**

On May 24, 2022, the Magistrate Judge entered a Report and Recommendation which recommended dismissal of the complaint without prejudice pursuant to 28 U.S.C. § 1915(g). *See* Doc. 2. Plaintiff filed undated objections which were postmarked on June 2, 2022 and received on June 6, 2022. *See* Doc. 3. Plaintiff also filed a document dated June 14, 2022 entitled "writ of habeas corpus" release from incarceration which was received by the Court on June 27, 2022. *See* Doc. 4. A review of the second "motion" shows that they are simply further objections. Though untimely, the Court will nonetheless consider them in its review.

Nothing in Plaintiff's objections overcome the well-reasoned analysis of the Magistrate Judge in the Report and Recommendation and therefore are **OVERRULED**. Therefore, after due and proper consideration of all portions of this file deemed relevant to the issues raised, and a de novo determination of those portions of the Report and Recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of this Court. Accordingly, it is **ORDERED** that this action is **DISMISSED without prejudice** pursuant to 28 U.S.C. § 1915(g).

**DONE** and **ORDERED** this 16th day of August, 2022.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE